1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CANDICE K. JAN (CSBN 225749)
   Special Assistant United States Attorney
5
   1301 Clay Street Suite 340S
6  Oakland, California 94612-5217
   Telephone: (510) 637-3699
7  FAX: (510) 637-3724

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                             OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,         )   No. CR 05-00450 MJJ
14                                   )
         Plaintiff,                  )   STIPULATION AND [PROPOSED]
15                                   )   ORDER CONTINUING STATUS
         v.                          )   HEARING AND EXCLUDING TIME
16                                   )   FROM SEPTEMBER 16, 2005 TO
   FRANK W. BUCKENMEYER,             )   DECEMBER 16, 2005 FROM THE
17                                   )   SPEEDY TRIAL ACT CALCULATION
         Defendant.                  )   (18 U.S.C. § 3161(h)(2))
18                                   )
                                         OAKLAND VENUE
19

20
        The parties are scheduled to appear before the Court for status on September 16, 2005. With
21
   the agreement of the parties, and with the consent of the defendant, the Court enters this order (1)
22
   continuing the hearing for status from September 16, 2005 to December 16, 2005 at 2:30 p.m.,
23
   before the Honorable Martin J. Jenkins; and (2) documenting the exclusion of time under the
24
   Speedy Trial Act, 18 U.S.C. § 3161(h)(2), from September 16, 2005 to December 16, 2005. The
25
   parties agree, and the Court finds and holds, as follows:
26
        1.  Defendant Frank W. Buckenmeyer is eligible for pretrial diversion. The parties have
27

28 STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND
   EXCLUDING TIME FROM SEPTEMBER 16, 2005 TO DECEMBER 16, 2005 FROM THE
   SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(2))
   No.CR 05-00450 MJJ

therefore agreed to enter into a diversion contract, providing for deferral of prosecution by the Government for the purpose of allowing the defendant to demonstrate his good conduct.

2. Counsel for the defense believes that taking the status hearing off calendar and continuing the matter for another three months is in his client's best interest. The parties are in the process of requesting Pretrial Services to accept the case for pretrial diversion. The parties will confirm before the next hearing whether the defendant was, in fact, accepted by Pretrial Services for pretrial diversion. If so, the parties will request a further continuance for another nine months, to allow the defendant to complete the remainder of his pretrial diversion.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act to allow deferral of prosecution by the Government for the purpose of allowing the defendant to demonstrate his good conduct.

4. Accordingly, and with the consent of the defendant, the Court orders that the period from September 16, 2005 to December 16, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(2).

IT IS SO STIPULATED.

DATED: 9/14/05

CANDICE K. JAN
Special Assistant United States Attorney

DATED: 9/15/05

JEROME MATTHEWS
Attorney for FRANK W. BUCKENMEYER

IT IS SO ORDERED.

DATED: 9/16/2005

HON. MARTIN J. JENKINS
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME FROM SEPTEMBER 16, 2005 TO DECEMBER 16, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(2))
No. CR 05-00452 MJJ

09/14/2005 WED 16:24   [TX/RX NO 6589]