Case 4:05-cr-00450-MJJ   Document 8   Filed 12/15/2005   Page 1 of 2

E-filing

1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant FRANK BUCKENMEYER
6

FILED
DEC 2 0 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00450 MJJ |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | |
| FRANK BUCKENMEYER, | |
| Defendant. | |

This matter was referred for diversion in lieu of prosecution. Mr. Buckenmeyer is graduating from Arizona State University today, and is otherwise compliant with the conditions of his diversion. A status conference presently is scheduled for December 16, 2005. In light of the diversion referral, IT IS STIPULATED AND AGREED that this matter is continued to January 20, 2005 for a status report on Mr. Buckenmeyer's progress on diversion, and that time under the Speedy Trial Act be excluded because of the diversion referral. 18 U.S.C. § 3161(h)(2).

STIP/ORD                                    1

1

2

3   Dated: December 15, 2005

/S/
_____
JEROME MATTHEWS
Assistant Federal Public Defender

5

6   Dated: December 15, 2005

/S/
_____
CANDICE JAN
Assistant United States Attorney

8   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

11      Good cause appearing therefor, IT IS ORDERED that this matter is continued to January 20, 2006 at 2:30 p.m. for a status conference regarding Mr. Buckenmeyer's progress on diversion. Time under the Speedy Trial Act is excluded under 18 U.S.C. § 3161(h)(2) in light of the diversion referral.

16   Dated: December 20, 2005

_____
MARTIN J. JENKINS
United States District Judge

STIP/ORD                    2