BARRY J. PORTMAN
Federal Public Defender
JEROME MATTHEWS
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant BUCKENMEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>FRANK BUCKENMEYER,<br><br>             Defendant. | No. CR 05-00450-MJJ (WDB)<br><br>STIPULATION AND ORDER<br>TO PERMIT TRAVEL |

     On August 1, 2005, defendant Frank Buckenmeyer was ordered released pending trial. At that time the Court did not require Mr. Buckenmeyer to submit to supervision by Pretrial Services; however, the Court did restrict Mr. Buckenmeyer's travel to the state of California and the state of Arizona.

     This coming weekend, January 27 to January 29, Mr. Buckenmeyer has been invited to attend the bachelor party of a very close friend in Reno, Nevada. This would require him to travel beyond the areas designated by this Court. The parties therefore stipulate and agree that Mr. Buckenmeyer's terms and conditions of pretrial release should be modified to permit him to

STIP RE: TRAVEL           - 1 -

travel to Reno, Nevada, leaving on January 27 and returning on January 29, 2006, to attend his friend's bachelor party.

SO STIPULATED.

Dated:        January 24, 2006            /S/
                                          _____
                                          CANDICE JAN
                                          Assistant United States Attorney

SO STIPULATED.

Dated:        January 24, 2005            /S/
                                          _____
                                          JEROME MATTHEWS
                                          Attorney for Defendant BUCKENMEYER

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that defendant Frank Buckenmeyer, who has been released on bond pending trial, be permitted to travel outside the states of California and Arizona to Reno, Nevada, from January 27, 2006 until January 29, 2006, for the purpose of attending his friend's bachelor party.

IT IS SO ORDERED.

Dated:  January 25 , 2006

                                          _____
                                          WAYNE D. BRAZIL
                                          United States Magistrate Court

STIP RE: TRAVEL                           - 2 -