1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CANDICE K. JAN (CSBN 225749)
   Special Assistant United States Attorney
5
   1301 Clay Street Suite 340S
6  Oakland, California 94612-5217
   Telephone: (510) 637-3699
7  FAX: (510) 637-3724

8  Attorneys for Plaintiff

E-filing

FILED
JAN 1 9 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00450 MJJ |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO EXCLUDE TIME FROM JANUARY 20, 2006 TO APRIL 21, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(2)) |
| v. | ) | |
| FRANK W. BUCKENMEYER, | ) | |
| Defendant. | ) | OAKLAND VENUE |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order to continue the hearing date, currently scheduled for January 20, 2006, until April 21, 2006, and documenting the exclusion of time from January 20, 2006 to April 21, 2006 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2).

IT IS SO ORDERED.

DATED: 1/19/2006

HON. MARTIN J. JENKINS
United States District Court Judge

[PROPOSED] ORDER TO EXCLUDE TIME FROM JANUARY 20, 2006 TO APRIL 21, 2006
FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(2)
No. CR 05-00450 MJJ